COMMONWEALTH of Pennsylvania, Respondent

v.

Jimmy SANTOS, Petitioner

No. 466 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.